UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MINISTERIO ROCA SOLIDA,<br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES; UNITED STATES FISH AND WILDLIFE SERVICE; and SHARON MCKELVEY, in her official and individual Capacities,<br>　　　　　　　　　　　　　Defendants. | Case No. 2:12-cv-01488-RFB-VCF<br><br>**ORDER** |

　　　Pursuant to the parties' agreement on May 27, 2016 at a status conference before the Court, the Court issues the following order:

　　　**IT IS ORDERED** that judgment is entered in favor of the Defendants on Plaintiff's Free Exercise claim consistent with its order on March 30, 2016. ECF No. 69.

　　　**IT IS FURTHER ORDERED** that the claims against Defendant McKelvey are dismissed pursuant to the Ninth Circuit's decision. ECF No. 71.

　　　**IT IS FURTHER ORDERED** that the remaining claims shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

　　　**IT IS FURTHER ORDERED** that each party shall bear its own costs and fees as it relates to all claims. The Clerk is instructed to close this case.

　　　DATED: July 8, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**